**Robert S. HARPER, Respondent.**

v.

**STATE of Missouri, Appellant.**

No. 43566.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 15, 1981.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 1981.

Application to Transfer Denied
Dec. 14, 1981.

George Westfall, Pros. Atty., Robert O'Blennis, Asst. Pros. Atty., Clayton, John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for appellant.

William Shaw, Public Defender, Michael Young, Asst. Public Defender, Clayton, for respondent.

REINHARD, Judge.

The state appeals from an order vacating the judgments and sentences entered on respondent's pleas of guilty to five counts of armed criminal action. We affirm.

Respondent was sentenced, pursuant to his pleas of guilty, to five five-year terms for robbery in the first degree and to five three-year terms for armed criminal action, all terms to be served concurrently. Respondent filed a 27.26 motion attacking the sentences for armed criminal action.

Relying on *Sours v. State*, 603 S.W.2d 592 (Mo.banc 1981) *cert. denied,* 449 U.S. 1131, 101 S.Ct. 953, 67 L.Ed.2d 118 (1981) the trial court vacated the judgments and sentences for armed criminal action. The state contends that we should reverse because our supreme court, in *Sours v. State*, 603 S.W.2d 592, ignored the mandate of the U.S. Supreme Court in *Missouri v. Sours*, 446 U.S. 962, 100 S.Ct. 2935, 64 L.Ed.2d 820 (1980).

The position of the Missouri Supreme Court is clear. *See State v. Haggard*, 619 S.W.2d 44 (Mo.banc 1981). Hence we are required to affirm. *See State v. Harris*, 622 S.W.2d 330 (Mo.App.1981).

Judgment affirmed.

CRIST, P. J., and SNYDER, JJ., concur.